

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-19-00075-CV

_____

PALLIDA, LLC, SUCCESSOR IN INTEREST OF DODEKA, LLC, Appellant

V.

ANDREA D. SMITH AND FROST BANK, Appellees

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court No. CV18-0758

Before Wallach, J.; Sudderth, C.J.; and Womack, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellant's "Unopposed Motion to Dismiss with Prejudice." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: February 20, 2020